UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-----------------------------------------------------------X
Joseph Katz,

                      Plaintiff,                Civil Action No.:_____

     v.

Mercantile Adjustment Bureau, LLC         **COMPLAINT AND DEMAND**
                                                          **FOR TRIAL BY JURY**

                      Defendant(s).              JUDGE BRICCETTI
-----------------------------------------------------------X

    Plaintiff Joseph Katz ("Plaintiff" or "Katz"), by and through its attorneys, FREDRICK SCHULMAN & ASSOCIATES, Attorneys at Law, as and for its Complaint against the Defendant Mercantile Adjustment, LLC ("Defendant" or "MERCANTILE"), respectfully sets forth, complains and alleges, upon information and belief, the following:

## INTRODUCTION/PRELIMINARY STATEMENT

1.    Plaintiff brings this action for damages and declaratory and injunctive relief arising from Defendant's violation(s) of Sec. 1692 et. seq. of Title 15 of the United States Code, commonly referred to as the Fair Debt Collection Practices Act ("FDCPA").

## PARTIES

2.    Plaintiff is a resident of the State of NY, County of Rockland, residing at 19 Calvert Drive, Monsey, NY 10952.

3.    Defendant is a New York corporation, and a collection firm with a principal place of business at 6390 Main Street, Williamville, NY 14221, and, upon information and belief, is authorized to do business in the State of NY.

4. Defendant is a "debt collector" as the phrase is defined and used in the FDCPA.

## JURISDICTION AND VENUE

5. The Court has jurisdiction over this matter pursuant to 28 U.S.C. Sec. 1331, as well as 15 U.S.C. Sec. 1692 et seq. and 28 U.S.C. Sec. 2201. If applicable, the Court also has pendent jurisdiction over any State law claims in this action pursuant to 28 U.S.C. Sec. 1367(a).

6. Venue is proper in this judicial district pursuant to 28 U.S.C. Sec. 1391(b)(2).

## FACTUAL ALLEGATIONS

7. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "6" herein with the same force and effect as if the same were set forth at length herein.

8. Upon information and belief, on a date better known to Defendant, Defendant began collection activities on an alleged consumer debt from the Plaintiff ("Alleged Debt").

9. On or about December 2, 2011, Plaintiff sent a letter to Defendant, requesting validation of the debt ("Exhibit A").

10. Defendant failed to provide the verification information requested by Plaintiff.

11. Defendant failed to report the debt to the credit bureaus as disputed ("Exhibit B").

12. Defendant continued its collection efforts, including placing collection calls to the Plaintiff, despite failing to provide validation.

13. In or around February, 2012, Defendant placed a telephone call to Plaintiff, and left a message on Plaintiff's shared answering machine ("Exhibit C").

14. Said message contained personal and confidential information.

15. Said message was an attempt to collect a debt, and was left on an answering machine which was played and heard by one or more third parties who each had the right and opportunity to play same.

16. Said message was heard, amongst others, by the Plaintiff's son, Josh Katz.

17. The actions of Defendant led to embarrassment, harassment, and disclosure of confidential information to a third party.

18. Said actions by the Defendant violated 15 U.S.C. § 1692c(b) which prohibits communicating with anyone except consumer and communicating to a third party, stating that a consumer owes a debt.

19. Said failure on the part of Defendant is a violation of the FDCPA, 15 U.S.C. Sec. 1692e(8), which prohibits a debt collector from communicating false credit information, including the failure to state that the debt was disputed.

20. Said failure on the part of Defendant is a violation of the FDCPA, 15 U.S.C. Sec. 1692g(b), which prohibits attempting to collect a debt and mandates to cease collection efforts until a debt has been validated.

21. As a result of Defendant's deceptive, misleading and unfair debt collection practices, Plaintiff has been damaged.

## FIRST CAUSE OF ACTION
### (Violations of the FDCPA)

22. Plaintiff repeats, reiterates and incorporates the allegations contained in paragraphs numbered "1" through "21" herein with the same force and effect as if the same were set forth at length herein.

23. Defendant's debt collection efforts attempted and/or directed towards the Plaintiff violate various provisions of the FDCPA, including but not limited to 15 U.S.C. Sec. 1692c(b), 15 U.S.C. Sec. 1692e(8), and 15 U.S.C. Sec. 1692g(b).

24. As a result of Defendant's violations of the FDCPA, Plaintiff has been damaged and is entitled to damages in accordance with the FDCPA.

## DEMAND FOR TRIAL BY JURY

25. Plaintiff demands and hereby respectfully requests a trial by jury for all claims and issues in this complaint to which Plaintiff is or may be entitled to a jury trial.

## PRAYER FOR RELIEF

**WHEREFORE**, Plaintiff Joseph Katz demands judgment against the Defendant Mercantile Adjustment, LLC as follows:

A. For actual damages provided and pursuant to 15 U.S.C. Sec. 1692k(a)(1);

B. For statutory damages provided and pursuant to 15 U.S.C. Sec.1692k(2)(A):

C. For attorneys' fees and costs provided and pursuant to 15 U.S.C. Sec. 1692k(a)(3);

D. For A declaration that the Defendants' practices violated the FDCPA; and,

E. For any such other and further relief, as well as further costs, expenses and disbursements of this action, as this Court may deem just and proper.

Dated: New York, New York
November 21, 2012

Respectfully submitted,

By: _____
      Aryeh L. Pomerantz, Esq.
Fredrick Schulman & Associates
30 East 29th Street
New York, New York 10016
(212) 796-6053
aryeh@fschulmanlaw.com
Attorney for Plaintiff

12/02/11

Joseph Katz
19 Calvert Drive
Monsey, New York 10952

SS#: 

Mercantile Adjustment
6390 MAIN ST S-160
WILLIAMVILLE, NY 14221

**Re: Account #** 15369416
**Original Creditor:** National Grid –NY

Dear Sir/Madam:

Be advised that this is not a refusal to pay, but a notice sent pursuant to the Fair Debt Collection Practices Act, 15 USC 1692g Sec 809 (b) that your claim is disputed and validation is requested. This is NOT a request for "verification" or proof of my mailing address, but a request for VALIDATION made pursuant to the above named Title and Section. I respectfully request that your offices provide me with the competent evidence that I have any legal obligation to you.

Please provide me with the following:

*Complete payment history

*Agreement that bears the signature of the alleged debtor wherein he agreed to pay the original creditor.

* Letter of sale or assignment from the original creditor to your company.(Agreement with your client that grants you the authority to collect on this alleged debt.)

*Prove the Statue of Limitations has not expired on this account

*Show me that you are licensed to collect in my state.

I'm sure you know, under the FDCPA Section 809 (b), you are not allowed to pursue collection activity until the debt is validated.

Sincerely,

Joseph Katz

Exhibit A p.1

**U.S. Postal Service™**
**CERTIFIED MAIL™ RECEIPT**
*(Domestic Mail Only; No Insurance Coverage Provided)*

For delivery information visit our website at www.usps.com®

| | |
|---|---|
| Postage | $ |
| Certified Fee | |
| Return Receipt Fee (Endorsement Required) | |
| Restricted Delivery Fee (Endorsement Required) | |
| Total Postage & Fees | $ |

Postmark Here

Across plate Aprosph

7011 1570 0000 8327 6107

Sent To: Mercantile Adjustment
Street, Apt. No.; or PO Box No.
City, State, ZIP+4

PS Form 3800, August 2006          See Reverse for Instructions

Exhibit A p. 2

**GE MONEY BANK/LOWES**

| | | |
|---|---|---|
| Address:<br>PO BOX 965005<br>ORLANDO, FL 32896<br>(800) 444-1408 | Account Number:<br>798192433587.... | |
| Address Identification Number:<br>0491323570 | | |

Status: Account charged off. $1,818 written off. $348 past due as of Dec 2011.

Status Details: This account is scheduled to continue on record until Sep 2017.

| | | |
|---|---|---|
| Date Opened:<br>05/2009 | Type:<br>Revolving | Credit Limit/Original Amount:<br>$1,710 |
| Reported Since:<br>05/2009 | Terms:<br>NA | High Balance:<br>$1,818 |
| Date of Status:<br>04/2011 | Monthly Payment:<br>$0 | Recent Balance:<br>$1,818 as of 12/2011 |
| Last Reported:<br>12/2011 | Responsibility:<br>Individual | Recent Payment:<br>$15 |

Account History:
Charge Off as of May 2011 to Dec 2011
150 days past due as of Apr 2011
120 days past due as of Mar 2011
90 days past due as of Feb 2011
60 days past due as of Jan 2011
30 days past due as of Dec 2010

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Nov 2011: $1,818 / July 26, 2010 / no data / $15
Oct 2011: $1,818 / July 26, 2010 / no data / $15
Sep 2011: $1,818 / July 26, 2010 / no data / $15
Aug 2011: $1,818 / July 26, 2010 / no data / $15
Jul 2011: $1,818 / July 26, 2010 / no data / $15
Jun 2011: $1,818 / July 26, 2010 / no data / $15
May 2011: $1,818 / July 26, 2010 / no data / $15
Apr 2011: $1,818 / July 27, 2010 / $54 / no data
Mar 2011: $1,783 / July 27, 2010 / $53 / no data
Feb 2011: $1,752 / July 27, 2010 / $52 / no data
Jan 2011: $1,683 / July 27, 2010 / $50 / no data
Dec 2010: $1,615 / July 27, 2010 / $48 / no data
Nov 2010: $1,551 / July 27, 2010 / $46 / no data
Oct 2010: $1,497 / July 27, 2010 / $45 / no data
Sep 2010: $1,191 / July 27, 2010 / $15 / no data
Aug 2010: $1,191 / July 27, 2010 / $15 / $15
Jul 2010: $1,191 / July 27, 2010 / $15 / $15
Jun 2010: $1,221 / no data / no data / no data
May 2010: $1,483 / no data / no data / no data

Between May 2010 and Nov 2011, your credit limit/high balance was $1,710

**MERCANTILE ADJMNT BUR**

| | | |
|---|---|---|
| Address:<br>6390 MAIN ST S-160<br>WILLIAMVILLE, NY 14221<br>(800) 836-0592 | Account Number:<br>15369416 | Original Creditor:<br>NATIONAL GRID-NY |
| Address Identification Number:<br>0264423997 | | |

Status: Collection account. $75 past due as of Feb 2011.

Status Details: This account is scheduled to continue on record until May 2016.

exhibit B p.1

| | | |
|---|---|---|
| Date Opened:<br>12/2010 | Type:<br>Collection | Credit Limit/Original Amount:<br>$75 |
| Reported Since:<br>02/2011 | Terms:<br>1 Months | High Balance:<br>NA |
| Date of Status:<br>02/2011 | Monthly Payment:<br>$0 | Recent Balance:<br>$75 as of 02/2011 |
| Last Reported:<br>02/2011 | Responsibility:<br>Individual | Recent Payment:<br>$0 |

Account History:
Collection as of Feb 2011


**PNC BANK**

Address:
PO BOX 3180
PITTSBURGH, PA 15230
*No phone number available*

Account Number:
448929816086....

Address Identification Number:
0491323570

Status:  Account charged off. $355,520 written off. $8,072 past due as of Jun 2010.

Status Details:  This account is scheduled to continue on record until Apr 2016.

| | | |
|---|---|---|
| Date Opened:<br>02/2004 | Type:<br>Revolving | Credit Limit/Original Amount:<br>$350,000 |
| Reported Since:<br>03/2004 | Terms:<br>NA | High Balance:<br>$355,520 |
| Date of Status:<br>06/2010 | Monthly Payment:<br>$0 | Recent Balance:<br>$355,520 as of 06/2010 |
| Last Reported:<br>06/2010 | Responsibility:<br>Joint with PEARL KATZ | Recent Payment:<br>$0 |

Account History:
Charge Off as of Jun 2010
180 days past due as of Jun 2010, Mar 2010
150 days past due as of May 2010, Apr 2010, Feb 2010, Dec 2009, Nov 2009
120 days past due as of Jan 2010, Oct 2009
90 days past due as of Sep 2009
60 days past due as of Aug 2009
30 days past due as of Jul 2009

Balance History - The following data will appear in the following format:
*account balance / date payment received / scheduled payment amount / actual amount paid*
Jun 2010: $355,419 / no data / no data / no data
May 2010: $354,309 / no data / no data / no data
Apr 2010: $354,208 / no data / no data / no data
Mar 2010: $355,117 / no data / no data / no data
Feb 2010: $354,007 / no data / no data / no data
Jan 2010: $352,897 / no data / no data / no data

Between Jan 2010 and Jun 2010, your credit limit/high balance was $350,000


**NCO FINANCIAL SYSTEMS**

Address:
4315 PICKETT RD
SAINT JOSEPH, MO 64503
(800) 789-8001

Account Number:
2671....

Address Identification Number:
0491323570

Status:  Collection account. $13,638 past due as of Nov 2011.

Status Details:  This account is scheduled to continue on record until Oct 2016.

Exhibit B. P.2

Exhibit C - Transcript

The message is for Joseph Katz. This is Elizabeth with Mercantile Adjustment Bureau. Contact me regarding important personal business matter. 1800-466-5259, my extension is 2071. This communication is from a debt collector. This is an attempt to collect a debt. Any information obtained will be used for that purpose.